### W. J. EDWARDS AND A. P. HARPER, TRADING AS HARPER MOTOR COMPANY, v. J. R. MORRIS.

#### (Filed 24 September, 1930.)

APPEAL by defendant from *Nunn, J.,* at February Term, 1930, of PITT.

Civil action to recover on a note given in settlement of an exchange of automobiles, with ancillary proceeding of claim and delivery.

From a verdict and judgment in favor of plaintiff, the defendant appeals, assigning errors.

*Arthur B. Corey for plaintiff.*
*Julius Brown and A. R. Dunning for defendant.*

PER CURIAM. We have discovered no reversible error on the record, and, as the case involves no new question of law, the verdict and judgment will be upheld, without an elaboration of the exceptions.

No error.